BROWN, A.

v.

OOR (PA OFFICE OF THE GOVERNOR)

1379 CD 2016

Commonwealth Court of Pennsylvania.

07/11/2017

Office of Open Records, AP 2016–1060

Affirmed

DEETER, J.

v.

OOR (PBPP)

1657 CD 2016

Commonwealth Court of Pennsylvania.

07/11/2017

Office of Open Records, AP 2016–1509

Affirmed

SCOTT, J.

v.

CITY OF PHILA et al.

154 CD 2013

Commonwealth Court of Pennsylvania.

07/12/2017

Philadelphia County Civil Division, June Term 2012 No. 02091

Affirmed

JUPITER TAVERN, et al.

v.

LCB

1243 CD 2016

Commonwealth Court of Pennsylvania.

07/12/2017

Monroe County Civil Division, 726 Civil 2016

Affirmed